Central States General Electric Supply Company, appellee, v. Louis A. Mandel, trading as Standard Hardware Store, appellant. Gen. No. 32,467.

Opinion filed October 3, 1928. Rehearing denied October 19, 1928.
John E. Owens, for appellant. No appearance for appellee.
Mr. Justice Taylor delivered the opinion of the court.

Immel State Bank, plaintiff in error, v. Aetna Furniture Company et al., defendants in error. Gen. No. 32,489.

Opinion filed October 3, 1928.
William Schulze, for plaintiff in error. Webster & Molmgren, for defendants in error; Daniel Webster, of counsel.
Mr. Justice Taylor delivered the opinion of the court.

City of Chicago, appellee, v. Vera Dobrow, appellant. Gen. No. 32,506.

Opinion filed October 3, 1928.
Abrams & Sonnenschein, for appellant. No appearance for appellee.
Mr. Justice Taylor delivered the opinion of the court.

William Suchier, appellee, v. Clarice Du Sold, appellant. Gen. No. 32,526.

Opinion filed October 3, 1928.
George C. Bliss, for appellant; Abraham Lepine, of counsel. Thomas H. Riley, for appellee.
Mr. Justice Taylor delivered the opinion of the court.

Abe Ross, appellee, v. Hensel-Coffman Company and J. Preston Scott, appellants. Gen. No. 32,537.

Opinion filed October 3, 1928.
I. J. Berkson, for appellants; Austin L. Wyman, of counsel. Louis T. Herzon, for appellee.
Mr. Justice Taylor delivered the opinion of the court.